ALBERT H. FLINT, Respondent, *v.* BOWERS H. LEONARD, Appellant, Impleaded with Others.

*Flint* v. *Leonard*, 140 App. Div. 882, affirmed.
(Argued November 27, 1911; decided December 12, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 15, 1910, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to compel specific performance of a contract.

*John M. Brainard* for appellant.

*E. C. Aiken* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, HISCOCK, CHASE and COLLIN, JJ.

---

LEE SHUBERT, Respondent, *v.* LEOPOLD SONDHEIM, as Executor of MEYER R. BIMBERG, Deceased, Appellant.

*Shubert* v. *Sondheim*, 138 App. Div. 800, affirmed.
(Argued November 28, 1911; decided December 12, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 18, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover liquidated damages for an alleged breach of an agreement to lease or secure a lease to the plaintiff of certain premises.

*George W. Schurman, Eugene Sondheim* and *Harley L. Stowell* for appellant.

*Max D. Steuer, Gerald B. Rosenheim* and *William Klein* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, HISCOCK, CHASE and COLLIN, JJ.